```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAM JANDRES

                                          ORDER OF DISMISSAL FOR
           -v-                               LACK OF ACTIVITY,
                                       ADOPTING REPORT & RECOMMENDATION
                                             CV 12-3132 (JS)(GRB)
CORRECTIONS OFFICER DWAYNE EVANS
----------------------------------------X
```

APPEARANCES:
FOR PLAINTIFF(S):
William Jandres, *Pro Se*
whereabouts unknown

FOR DEFENDANT(S):
Ralph Reissman, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

The above-captioned action was opened with the filing of a complaint on Jun. 21, 2012.

Magistrate Judge Gary R. Brown issued a Report & Recommendation on Mar. 9, 2016 (docket entry [45]), that the case be dismissed for failure to prosecute. The R&R contains a thorough summary of the progress of the case, or lack thereof, and a compelling set of reasons for the recommendation. There has been no objection received, so the Report & Recommendation is ADOPTED.

IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:    Central Islip, New York
          Apr. 26, 2016